# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

REGINALD E. WINSTON, )
)
    Plaintiff, )
)
-vs- ) Case No. CIV-15-0389-F
)
UNKNOWN OFFICERS, et al., )
)
    Defendants. )
)
)

## ORDER

Plaintiff, a prisoner appearing *pro se,* has filed a letter which asks the court for an extension of time within which to file a Bivens civil rights action. Doc. no. 1. The clerk has docketed the letter as a "complaint."

Magistrate Judge Shon T. Erwin has issued a Report and Recommendation, doc. no. 4, finding that the letter cannot be construed as a complaint. The Report recommends the court dismiss this action without prejudice. The Report also recommends that plaintiff be provided twenty-one days from the date of any order adopting the Report within which to amend. Report, doc. no. 4. The Report advises the parties that failure to make timely objection to the Report by May 14, 2015, waives the right to appellate review of the factual and legal matters contained in the Report. No objection to the Report has been filed, and no extension of time within which to object has been sought.

Having conducted its own review and with there being no objection, the Report of Magistrate Judge Erwin is **ACCEPTED**, **ADOPTED** and **AFFIRMED**. Plaintiff is provided twenty-one days from the date of this order within which to file an

Amended Complaint. Failure to do so will result in this action being dismissed without prejudice at that time, without need of a separate order from the court.

Dated this 28th day of May, 2015.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

15-0389p001.wpd